Opinion filed September 17, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed September
17, 2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00282-CR

                                                    __________

 

                                        ENRIQUE LOPEZ, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 358th District Court

 

                                                           Ector
County, Texas

 

                                                 Trial
Court Cause No. D-33,757

 



 

                                              M E
M O R A N D U M   O P I N I O N

Counsel
for Enrique Lopez has notified this court that Lopez died on June 20, 2009. 
Pursuant to Tex. R. App. P.
7.1(a)(2), this appeal is permanently abated.

 

PER CURIAM

 

September 17, 2009     

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.